UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 05-cr-00141-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. LEE ARTHUR THOMPSON, a/k/a "LT,"
2. ALVIN HUTCHINSON, a/k/a "BIG AL,"
3. JORGE BANUELOS,
4. CECILIA LOZANO,
5. DENISE GUTIERREZ,
6. KENNETH PRIEN, a/k/a "KENNY,"
7. RONALD DEAN DEHERRERA, a/k/a "DINO,"
8. WILLIAM L. GLADNEY, a/k/a "L,"
9. STEVEN LAMONT ELLIS,
10. JUNIOR RAY MONTOYA, a/k/a "JR. RAY,"
11. JESSICA CRUTHERS,
12. PAUL ROSE, JR.,
13. DAVID ZAMORA,
14. STEVE ZAMORA, and
15. **MILTON A. YON,**

       Defendants.

___

**ORDER SETTING LAW AND MOTIONS HEARING**
___

**THIS MATTER** is before the Court pursuant to the Defendant Milton Yon's Unopposed Motion for Declaration of Complexity **(#480)** and Defendant Milton Yon's Motion to Extend the Motions Filing Deadline **(#481)**. The Court will hear these motions at a non-evidentiary hearing on **Tuesday, March 14, 2006 at 9:00 a.m.** Counsel shall bring their calendars.

The determination of these motions may impact the scheduled trial date or other pertinent dates. Any Defendant, other than Mr. Yon, who does not desire to attend the hearing may file a written notice waiving such right on or before March 13, 2006, 2006 at 5:00 p.m. Please provide a courtesy copy of such waiver to the Chambers e:mail account with the hearing date specified in the subject.

DATED this 6th day of March 2006.

BY THE COURT:

Marcia S. Krieger
United States District Judge