UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 05-cr-00141-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. LEE ARTHUR THOMPSON, a/k/a "LT,"
2. ALVIN HUTCHINSON, a/k/a "BIG AL,"
3. JORGE BANUELOS,
4. CECILIA LOZANO,
5. DENISE GUTIERREZ,
6. KENNETH PRIEN, a/k/a "KENNY,"
7. RONALD DEAN DEHERRERA, a/k/a "DINO,"
8. WILLIAM L. GLADNEY, a/k/a "L,"
9. STEVEN LAMONT ELLIS,
10. JUNIOR RAY MONTOYA, a/k/a "JR. RAY,"
11. JESSICA CRUTHERS,
12. PAUL ROSE, JR.,
13. DAVID ZAMORA,
14. STEVE ZAMORA, and
15. **MILTON A. YON,**

      Defendants.

_____

## ORDER REGARDING DISCLOSURE OF GRAND JURY MATERIALS
_____

Upon consideration of the Government's Motion **(#501)** to Disclose Copies of Transcripts of Grand Jury Testimony under Specified Conditions to Attorneys for the Defendants pursuant to Rule 6(e)(3)(C)(i) of Federal Rules of Criminal Procedure, it is

ORDERED that a copy of the transcripts of testimony given before the Grand Jury and other Grand Jury materials be disclosed to the attorney for the defendant, Milton Yon, for preparation for trial.

IT IS FURTHER ORDERED, that the disclosed copies of the Grand Jury transcripts and materials are not to be reproduced and are to be retained in the personal custody or office of the attorneys for the defendants.

DATED this 10th day of March 2006.

**BY THE COURT:**

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge