UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 05-cr-00141-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    LEE ARTHUR THOMPSON, a/k/a "LT,"
2.    ALVIN HUTCHINSON, a/k/a "BIG AL,"
3.    JORGE BANUELOS,
4.    CECILIA LOZANO,
5.    DENISE GUTIERREZ,
6.    KENNETH PRIEN, a/k/a "KENNY,"
7.    RONALD DEAN DEHERRERA, a/k/a "DINO,"
8.    WILLIAM L. GLADNEY, a/k/a "L,"
9.    STEVEN LAMONT ELLIS,
10.   JUNIOR RAY MONTOYA, a/k/a "JR. RAY,"
11.   JESSICA CRUTHERS,
12.   PAUL ROSE, JR.,
13.   DAVID ZAMORA,
14.   STEVE ZAMORA, and
15.   **MILTON A. YON,**

        Defendants.

---

## ORDER GRANTING UNOPPOSED MOTION
## TO CONTINUE SENTENCING HEARING

---

**THIS MATTER** is before the Court on Milton Yon's Unopposed Motion to Continue Sentencing **(#831)** currently set for **August 28, 2006 at 10:45 a.m.** This Defendant desires to be sentenced after the last trial is held for his co-defendants.

Good cause having been shown,

**IT IS ORDERED** that Milton Yon's Unopposed Motion to Continue Sentencing **(#831)** is **GRANTED.** The sentencing hearing set for Milton Yon on **August 28, 2006** is **VACATED** and **RESET** to **April 23, 2007 at 10:45 a.m.**

Dated this 19th day of July, 2006

BY THE COURT:

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge