# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

---

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation of Supervised Release**) |
| v. | Case Number:  05-cr-00141-MSK-15 |
| | USM Number:  34047-013 |
| MILTON YON<br>"Buck" | Philip Cherner, Appointed<br>(Defendant's Attorney) |

**THE DEFENDANT:**  Admitted guilt to violations 1 and 2, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of this violation:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| | **VIOLATION PETITION DATED SEPTEMBER 12, 2008** | |
| 1 | Failure to Report to Probation Officer | 05/05/08 |
| 2 | Failure to Follow the Instruction of the Probation Officer | 06/03/08 |

The defendant is sentenced as provided in page 3 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

June 24, 2009
_____
Date of Imposition of Judgment

*/s/ Marcia S. Krieger*
_____
Signature of Judge

Marcia S. Krieger, U.S. District Judge
_____
Name & Title of Judge

June 26, 2009
_____
Date

DEFENDANT:  MILTON YON
CASE NUMBER:  05-cr-00141-MSK-15                                    Judgment-Page 2 of 3

## ADDITIONAL VIOLATIONS

### VIOLATION PETITION DATED SEPTEMBER 12, 2008

| | | |
|---|---|---|
| 3 | Failure to Work Regularly at a Lawful Occupation | 04/11/08 |
| 4 | Failure to Notify Probation Officer of Change in Residence | 05/19/08 |
| 5 | Failure to Participate in Substance Abuse Treatment as Directed by the Probation Officer | 05/19/08 |
| 6 | Failure to Participate in Substance Abuse Testing as Directed by the Probation Officer | 05/28/08 |
| 7 | New Law Violation | 05/25/08 |

### VIOLATION PETITION DATED MAY13, 2009

| | | |
|---|---|---|
| 1 | Failure to Reside In/Comply with Rules of Residential Reentry Center | 12/16/08 |
| 2 | Failure to Work Regularly at a Lawful Occupation | 11/19/08 |

DEFENDANT:  MILTON YON
CASE NUMBER:  05-cr-00141-MSK-15                                    Judgment-Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of eleven (11) months with five (5) months credit time served.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL


By_____
Deputy United States Marshal